1
2
3  Attorneys for Plaintiffs, Gloria Mauldin
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11
12
13                                              ) Case No. 05-4744 CRB
                                                )
14  IN RE: BEXTRA AND CELEBREX                  )
    MARKETING SALES PRACTICES AND               ) MDL NO. 1699
15  PRODUCT LIABILITY LITIGATION                ) District Judge: Charles R. Breyer
                                                )
16                                              )
    Gloria Mauldin,                             )
17                                              ) **STIPULATION AND ORDER OF**
                        Plaintiffs,             ) **DISMISSAL WITH PREJUDICE**
18                                              )
                 vs.                            )
19                                              )
    Pfizer, Inc., et al.                        )
20                      Defendants.             )
21
22
23      Come now the Plaintiff, GLORIA MAULDIN (transferring case number CV 05-1670
24  from the United States District Court for the Northern District of Alabama), and Defendants, by
25  and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),
26  and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own
27  attorneys' fees and costs.
28
        DATED: April 20, 2009

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

By: *(signature)*
Wesley W. Barnett
Davis & Norris, LLP
One of Attorneys for Plaintiff, Gloria Mauldin

DATED: May 14, 2009        DLA Piper LLP (US)

By: *(signature)*
Michelle Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 19, 2009

Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*(Seal: United States District Court, Northern District of California)*

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE